FILED
2026 Oct-27 AM 08:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**__SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ] | |
| | ] | |
| | ] | |
| **v.** | ] | **2:25-cr-360-ACA-GMB___** |
| | ] | |
| **JAMES MOSELY WALLACE, JR,** | ] | |
| | ] | |
| **Defendant.** | ] | |

**ORDER**

Defendant, James Mosely Wallace, Jr, has entered pleas of guilty to Counts one, two, and three of the superseding indictment. On October 8, 2026, the magistrate judge entered a report recommending that the court accept the guilty pleas. (Doc. 22). Mr. Wallace has not objected to the report and recommendation. Accordingly, the court **ACCEPTS** the report, **ADOPTS** the recommendation, and **ACCEPTS** the pleas.

The court will set a date for sentencing in a separate order.

**DONE** and **ORDERED** this October 26, 2026.

______________________________
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE

_